HARTMAN UNDERHILL & BRUBAKER LLP
Kevin M. French, Esquire
PA Attorney I.D. No. 47589
Brandon S. Harter, Esquire          Attorneys for Defendants,
PA Attorney I.D. No. 307676         Math-U-See, Inc., Steve Demme
221 East Chestnut Street            and Ethan Demme
Lancaster, PA 17602
(717) 299-7254/(717) 299-3160 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

SUSAN LYNCH, MATH-U-SEE INDIANA, :
INC., LISA ANGLE, JIM ANGLE, PAULA :
HOLMES and                         : Civil Action No. 3:11-CV-233-JD-CAN
MATH-U-SEE OREGON, INC.,           :
            Plaintiffs :
   v.                           :
                                   :
MATH-U-SEE, INC., STEVE DEMME,     :
ETHAN DEMME,                       :
            Defendants :

### DEFENDANTS' MOTION TO DISMISS IN PART
### PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants, Math-U-See, Inc., Steven Demme, and Ethan Demme, move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Counts V through X of Plaintiffs' Second Amended Complaint, and in support thereof state as follows:

1. Plaintiffs' claims arise from their disagreement with the way in which the distributor relationship with Math-U-See, Inc. ended.

2. The Plaintiffs agreed, in their Distributor Agreements with Math-U-See, Inc., that their business relationship "shall be governed by the laws of the State of Pennsylvania." (Second Amended Complaint (hereinafter "SAC"), Ex. A ¶ 7, Doc. 48).

3. Despite this choice of law provision, Plaintiffs have attempted to insert extraneous claims under Indiana, Idaho, and Tennessee law, respectively. (*See* SAC Counts VI-VIII).

{00663953.2}

4. Plaintiffs have also attempted to insert extraneous claims by re-casting their breach of contract claims as tort claims. (*See* SAC Counts V, IX, and X).

5. Plaintiffs' extraneous claims should be dismissed.

6. Additionally, Plaintiffs' claims at Counts V, VII, and VIII should be dismissed for failure to state a basis upon which relief may be granted.

THEREFORE, Defendants, Math-U-See, Inc., Steven Demme, and Ethan Demme, respectfully request that the Court enter an Order dismissing, with prejudice, Counts V through X of Plaintiffs' Second Amended Complaint.

HARTMAN UNDERHILL & BRUBAKER LLP

Date: 7/30/12

By: _____
Kevin M. French, PA Attorney I.D. No. 47589
(admitted *pro hac vice*)
kevinf@hublaw.com
Brandon S. Harter, PA Attorney I.D. No. 307676
(admitted *pro hac vice*)
brandonh@hublaw.com
221 East Chestnut St.
Lancaster, PA 17602

D. Michael Anderson (20770-53)
mike.anderson@btlaw.com
Eric R. Thomason (28805-71)
eric.thomason@btlaw.com
BARNES & THORNBURG LLP
500 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601
Telephone: (574) 233-1171
Facsimile: (574) 237-1125

Attorneys for Defendants, Math-U-See, Inc., Steve Demm and Ethan Demme